**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 00-2658 JMR/FLN**

---

Brian Lieske,

Plaintiffs,

-vs-

**STIPULATION TO AMEND**

Morrie's Brooklyn Park Daewoo d/b/a
Morrie's Brooklyn Park Used Car
& Truck Center, and Todd Perry, individually,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached proposed Amended Complaint adding his claim for assault.

2. Counsel for Defendant will duly accept service for the Defendant, and said service will be deemed to be personal service upon Defendant and Defendant will have twenty (20) days after service of Plaintiff's Amended Complaint to interpose an Answer or otherwise plead and this stipulation is in no way an admission to the allegations contained in Plaintiff's Amended Complaint; and

3. That this Stipulation is in accordance with Fed.R.Civ.P. 15.

**ATTORNEY FOR PLAINTIFF**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
Consumer Justice Center, P.A.
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707

Dated: 5/23/01

**ATTORNEYS FOR DEFENDANTS**

By: ______________________
Karen Van Vliet, Esq.
Attorney I.D.#178810
Johnson & van Vliet
332 Minnesota Street
First National Bank Bldg., Suite West 975
St. Paul, MN 55101
Telephone: 651-227-2534
Dated: 6-1-01

JUN 28 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendant the Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

Dated: June 28, 2001

BY THE COURT:

Franklin L. Noel

Franklin L. Noel, Chief Magistrate Judge
United States District Court