UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2658 (JMR/FLN)

Brian Lieske )
)
v. ) ORDER
)
Morrie's Brooklyn Park, et al )

This matter came before the Court on defendants' motion for partial summary judgment.

The Court directs that such motion be referred to the Honorable Franklin L. Noel, United States Chief Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: January 10, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JAN 15 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS