UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2658(JMR/FLN)

| | | |
|---|---|---|
| Brian Lieske<br><br>v.<br><br>Morrie's Brooklyn Park Daewoo, d/b/a/ Morrie's Brooklyn Park Used Car & Truck Center; and Todd Perry, individually | ) | ORDER |

Defendants appeal the Order, issued February 4, 2000, by the Honorable Franklin L. Noel, United States Magistrate Judge, granting plaintiff's motion to amend his complaint to add a claim for punitive damages. Defendants' appeal was timely filed, pursuant to Local Rule 72.1(b)(2). The Court has reviewed the record and proceedings below, and finds no basis to justify setting aside the Magistrate's Order.

A district court must set aside any portion of a magistrate's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; Local Rule 72.1(b)(2). Defendants fail to reference this standard of review. The Magistrate's Order is neither clearly erroneous nor contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

FILED
RICHARD D. SLETTEN, CLERK
APR 29 2002
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

The Magistrate's February 4, 2002, Order [Docket #28] is hereby affirmed.

Dated: April 26, 2002

JAMES M. ROSENBAUM
United States Chief District Judge