UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Lieske,

Plaintiff,

v.

Morrie's Brooklyn Park Daewoo
and Todd Perri,

Defendants.

Civil No. 00-2658 JMR/FLN

**ORDER**

---

Thomas J. Lyons, Jr., Esq., for Plaintiff.
Karen Melling Van Vliet, Esq., for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 6, 2002, on Defendants' Motion to Stay Proceedings for 90 Days [#34].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion to Stay Proceedings for 90 Days [#34] is **GRANTED** as follows:

1. All further proceedings in this matter are hereby stayed until June 28, 2002, or until such time as this Court may be notified of a waiver of the stay by the Rehabilitator, the Minnesota Insurance Guaranty Association, or other entity having authority to waive the stay.

DATED: May 7, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

FILED MAY 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK