**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**BRIAN LIESKE,**

Plaintiff,

v.

**MORRIE'S BROOKLYN PARK DAEWOO, d/b/a Morrie's Brooklyn Park Used Car and Truck Center,**

Defendant.

Civil No. 00-2658 (JNE/JGL)

**MINUTES AND ORDER**

---

APPEARANCES

Thomas J. Lyons, Esq., on behalf of Plaintiff

Daniel Ryan, Esq., on behalf of Defendant

---

A hearing was held on May 28, 2003, before Chief United States Magistrate Judge Jonathan Lebedoff on Defendant's Motion to Stay Proceedings (Doc. No. 55).

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Defendant's Motion to Stay Proceedings (Doc. No. 55) is **GRANTED**; and

FILED MAY 2 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(2) If the underlying Pennsylvania proceedings are not resolved by December 1, 2003, Plaintiff may ask the Court to reconsider this Order in light of any new information available at that time.

Dated: May 28, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge