00-cv-2658 JNE/JGL

STATE OF MINNESOTA )
)ss.
COUNTY OF RAMSEY )

**AFFIDAVIT OF SERVICE BY MAIL**

I, Mary Christensen, being first duly sworn on oath, deposes and states that she did on the 15th day of February, 2002 deposit in the United States Mail with the correct amount of postage prepaid thereon an envelope addressed to:

Thomas J. Lyons, Jr., Esq.
CONSUMER JUSTICE CENTER, P.A.
342 East County Road D
Little Canada, MN 55117

in which was contained a true and correct copy of ***the following documents*** in connection with the case entitled *Brian Lieske v. Morrie's Brooklyn Park Daewoo and Todd Perry*:

1. Defendants' Joint and Separate Answer to Plaintiff's Second Amended Complaint.

Mary Christensen

Subscribed and sworn to before me
this 15th day of February, 2002.

Notary Public

S. E. NANZIG
Notary Public
Minnesota
My Commission Expires Jan 31, 2005

SCANNED
MAY 21 2004
U.S. DISTRICT COURT MPLS