# JOHNSON • PROVO-PETERSEN, LLP

ATTORNEYS AT LAW

332 Minnesota Street • Suite W-975 • St. Paul, Minnesota 55101
Telephone: (651) 227-2534 • Fax: (651) 297-6226
www.johnsonpetersenlaw.com

Gregory J. Johnson
Jeannie Provo-Petersen

Klay C. Ahrens
Daniel J. Ryan
Elizabeth E. Caturia


RECEIVED
JUN 01 2004
CLERK U.S. DIST. COURT
ST.PAUL. MN.

June 1, 2004

**HAND DELIVERED**

Mr. Richard D. Sletten
Clerk of Court
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

| | | |
|---|---|---|
| Re: | Case Name: | Brian Lieske v. Morrie's Brooklyn Park Daewoo, et al. |
| | Court File No.: | C0-2658 JNE/JGL   CV- 2658 JNE-JGL |
| | Our File No.: | 10808 |

Dear Mr. Sletten:

Enclosed for filing in connection with the above-referenced matter, please find the original and one (1) copy of the following for Chief Magistrate Judge Jonathan Lebedoff: -LB

1. Defendant Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center's ("Morrie's") Notice of Motion and Motion to Amend the Court's Pretrial Scheduling Order Pursuant to Fed.R.Civ.P. 16 and Local Rule 16.3;

2. Exhibit "1" to Defendant Morrie's Motion to Amend the Court's Pretrial Scheduling Order Pursuant to Fed.R.Civ.P. 16 and Local Rule 16.3;

3. Defendant Morrie's Memorandum of Law in Support of its Motion to Amend the Pretrial Scheduling Order;

4. Affidavit of Gregory J. Johnson dated May 25, 2004 with attached Exhibits;

5. Affidavit of Alex Greiner dated August 8, 2001 with attached Exhibits; and

6. Proposed Order. -JGL LB

The enclosed was served personally upon counsel for the Plaintiff on May 27th. The original Affidavit of Service will follow under separate cover.

Very truly yours,

Gregory J. Johnson

GJJ/kca
Enclosures

cc: Thomas J. Lyons, Jr., Esq. (*w/o encl.*)
Clerk to Chief Magistrate Judge Jonathan Lebedoff (w/encls.)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CO-2658 JNE/JGL**

ORIGINAL

Brian Lieske,

Plaintiff,

v.

Morrie's Brooklyn Park Daewoo,
d/b/a Morrie's Brooklyn Park Used Car
& Truck Center, and Todd Perry,
individually,

Defendants.

**NOTICE OF MOTION AND MOTION**

**ORAL ARGUMENT REQUESTED**

TO: Plaintiff above-named and his attorney of record, Thomas J. Lyons, Jr., CONSUMER JUSTICE CENTER, P.A., 342 East County Road D, Little Canada, MN 55117:

**PLEASE TAKE NOTICE** that Defendant Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center ("Morries"), by and through its undersigned counsel, will bring on for hearing a Motion to Amend the Court's Pretrial Scheduling Order pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.3 to allow Morries to serve the summary judgment motion and supporting documents that are attached hereto as Exhibit 1 relative to the federal claims Plaintiff has alleged in Count III of the Second Amended Complaint under the Truth in Lending Act ("TILA"), 15 U.S.C. §1601, *et seq.*, on the 16th day of June, 2004, at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Jonathan Lebedoff, United States Chief Magistrate Judge of the above-named District Court, in Courtroom 9E, at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.



SCANNED
JUN 01 2004
U.S. DISTRICT COURT ST. PAUL

Said motion is based upon Morries' Memorandum of Law and the Court's file, record and proceedings herein, including any additional memoranda and/or exhibits filed in accordance with the Local Rules and Federal Rules of Civil Procedure prior to the hearing.

Respectfully submitted,

Dated: 5/26/04

**JOHNSON • PROVO-PETERSEN, LLP**

Gregory J. Johnson (#202678)
Attorneys for Defendants
332 Minnesota Street, Suite West 975
St. Paul, MN 55101
(651) 227-2534