UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 00-2658 JEL/JGL

ORIGINAL

Brian Lieske,

Plaintiff,

v.

**AFFIDAVIT OF GREGORY J. JOHNSON**

Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center, and Todd Perry, individually,

Defendants.

STATE OF MINNESOTA)
) ss.
COUNTY OF RAMSEY )

Gregory J. Johnson, Esq., being duly sworn upon oath, states and alleges as follows:

1. That I am one of the attorneys of record for Defendants' Morrie's Brooklyn Park Daewoo d/b/a Morrie's Brooklyn Park Used Car & Truck Center ("Morrie's") and Todd Perry in the above-referenced matter and this Affidavit is made and filed in support of Defendant Morrie's Motion for Summary Judgment on all of Plaintiff's alleged federal law claims pursuant to Fed.R.Civ.P. 56.

2. That attached hereto as Exhibit A is a copy of pages 1, 43-44, 47-48, 51, 57-62, 64-66, 71-75, and 150-51 from the transcript of the deposition of Plaintiff Brian Lieske conducted on May 23, 2001, in connection with the above-referenced matter.

SCANNED CB
JUN 01 2004
U.S. DISTRICT COURT ST. PAUL

3. That attached hereto as Exhibit B is a copy of Plaintiff's Answers to Defendants' Request for Admissions and Interrogatory dated May 2, 2001.

4. That attached hereto as Exhibit C is a copy of the following unpublished decisions cited in Defendant Morrie's Memorandum of Law in Support of its Motion for Summary Judgment on Plaintiff's Federal Claims, including the following:

- *Burns v. Elmhurst Auto Mall, Inc.*, 2001 WL 521840 (N.D. Ill. May 16, 2001);
- *Collins v. Ray Skillman Olds-GMC Truck, Inc.*, 2001 WL 1711466 (S.D. Ind. Dec. 3, 2001);
- *Crowe v. Joliet Dodge & Union Acceptance Corp.*, 2001 WL 811655 (N.D. Ill. July 18, 2001);
- *Diaz v. Joe Rizza Ford, Inc.*, 2001 WL 1360315 (N.D. Ill. 2001);
- *Gavin v. Koons Buick Pontiac GMC, Inc.*, 28 Fed. Appx. 220, 2002 WL 46759 (4th Cir. 2002);
- *Jasper v. New Rogers Pontiac, Inc.*, 1999 WL 1024522 (N.D. Ill. Nov. 5, 1999);
- *Leguillou v. Lynch Ford, Inc.*, 2000 WL 198796 (N.D. Ill. Feb. 14, 2000);
- *Malchow v. GMI Acquisition, Inc.*, 2002 WL 31185865 (D. Minn. Oct. 1, 2002);
- *Molenbeek v. West Mich. Auto & Truck Outlet, Inc.*, 2001 WL 1602654 (W.D. Mich. Mar. 15, 2001);
- *Peter v. Village Imports Co.*, 2001 WL 1640130 (D. Minn. Oct. 9, 2001);
- *Stevens v. Brookdale Dodge, Inc.*, 2002 WL 31941158 (D. Minn. Dec. 27, 2002);
- *Tripp v. Charlie Falk Auto*, 2001 WL 1105132 (E.D. Va. 2001);
- *Vang v. Morrie's Minnetonka Ford*, 2001 WL 1589614 (D. Minn. Dec. 11, 2001); and
- *Wojcik v. Courtesy Auto Sales, Inc.*, 2002 WL 31663298 (D. Neb. Nov. 25, 2002).

**FURTHER YOUR AFFIANT SAYETH NOT.**

Dated: 5/25/04

Gregory J. Johnson

Subscribed and sworn to before me
this 25th day of May 2004.

Notary Public

KLAY C. AHRENS
Notary Public
Minnesota
My Commission Expires Jan 31, 2005