**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Court File No.: CV 00-2658 JNE/JGL**

| | |
|---|---|
| Brian Lieske,<br><br>Plaintiff,<br><br>-vs-<br><br>Morrie's Brooklyn Park Daewoo d/b/a Morrie's Brooklyn Park Used Car & Truck Center, and Todd Perri, individually,<br><br>Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2004, I caused the following documents:

- **Plaintiff's Memorandum of Law in Opposition to Defendant Morrie's Motion to Amend Scheduling Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Mr. Gregory J. Johnson, Esq. - mailto:johnson.greg@johnsonpetersenlaw.com**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**None.**

Dated: June 9, 2004

s/Thomas J. Lyons, Jr.
**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. No.: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone No.: (651) 770-9707

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons
Attorney ID # 65699
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Attorneys for Plaintiff Brian Lieske