00-CV-2658 JNE/JGL

**STATE OF MINNESOTA**

**COUNTY OF RAMSEY**

**AFFIDAVIT OF SERVICE**

**METRO LEGAL SERVICES**

Joel J. Carlson, being duly sworn, on oath says: that on the 27th day of May, 2004, at 2:30 p.m. (s)he served the attached Defendant Morrie's Notice of Motion and Motion to Amend Pre-Trial Scheduling Order to Allow Morries to serve Motion for Summary Judgment on federal TILA claims; Defendant Morrie's Memorandum of Law in Support of Motion; Proposed Order; and Exhibit 1 to Motion to Amend upon Thomas J. Lyons, Jr. Esq. therein named, personally at 342 East County Road D., Little Canada, County of Ramsey, State of Minnesota, by handing to and leaving with Thomas J. Lyons, Jr. Esq., a true and correct copy thereof.

Subscribed and sworn to before me,
May 28, 2004.

Lynn M. Mason
Notary Public

LYNN M. MASON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2006

Charge $35.00

Re: 10808

SCANNED
U.S. DISTRICT COURT MPLS

# JOHNSON • PROVO-PETERSEN, LLP

ATTORNEYS AT LAW

332 Minnesota Street • Suite W-975 • St. Paul, Minnesota 55101
Telephone: (651) 227-2534 • Fax: (651) 297-6236
www.johnsonpetersenlaw.com

Gregory J. Johnson
Jeannie Provo-Petersen

Klay C. Ahrens
Daniel J. Ryan
Elizabeth E. Caturia


RECEIVED
BY U.S. MAIL
2004 JUN -9 AM 9:22
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

June 8, 2004

Mr. Richard D. Sletten
Clerk of Court
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

| | | |
|---|---|---|
| Re: | Case Name: | Brian Lieske v. Morrie's Brooklyn Park Daewoo, et al. |
| | Court File No.: | C0-2658 JNE/JGL |
| | Our File No.: | 10808 |

Dear Mr. Sletten:

Enclosed herewith for filing in connection with the above-referenced matter, please find an original Affidavit of Service.

Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

Karey Krchoski

Karey Krchoski
Secretary

/kak
encl.