**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CO-2658 JNE/JGL**

---

Brian Lieske,

Plaintiff,

v. **AMENDED NOTICE OF MOTION**

Morrie's Brooklyn Park Daewoo,
d/b/a Morrie's Brooklyn Park Used Car
& Truck Center, and Todd Perry,
individually,

Defendants. **ORAL ARGUMENT REQUESTED**

---

TO: Plaintiff above-named and his attorney of record, Thomas J. Lyons, Jr., CONSUMER JUSTICE CENTER, P.A., 342 East County Road D, Little Canada, MN 55117:

**PLEASE TAKE NOTICE** that Defendant Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center ("Morries"), by and through its undersigned counsel, will bring on for hearing a Motion to Amend the Court's Pretrial Scheduling Order pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.3 to allow Morries to serve the summary judgment motion and supporting documents that were attached as Exhibit 1 to Morries' initial motion previously filed with the Court relative to the federal claims Plaintiff has alleged in Count III of the Second Amended Complaint under the Truth in Lending Act ("TILA"), 15 U.S.C. §1601, *et seq.*, on the 29th day of June, 2004, at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Jonathan Lebedoff, United States Chief Magistrate Judge of the above-named District Court, in Courtroom 9E, at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Respectfully submitted,

Dated this 15th day of June, 2004,

**JOHNSON • PROVO-PETERSEN, LLP**

By: s/Klay C. Ahrens
Gregory J. Johnson, Attorney Bar No. 202678
Klay C. Ahrens, Attorney Bar No. 236913
Attorneys for Defendants
332 Minnesota Street, Suite West 975
St. Paul, MN 55101
Telephone: (651) 227-2534
Facsimile: (651) 297-6226