**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2004, I caused the following documents:

- **Defendant's Amended Notice of Motion to Amend the Court's Pretrial Scheduling Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Thomas J. Lyons, Jr., Esq. - mailto:tommycjc@aol.com**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**None.**

Dated this 15th day of June, 2004. **JOHNSON • PROVO-PETERSEN, LLP**

By: s/Klay C. Ahrens
Gregory J. Johnson, Attorney Bar No. 202678
Klay C. Ahrens, Attorney Bar No. 236913
Attorneys for Defendants
332 Minnesota Street, Suite West 975
St. Paul, MN 55101
Telephone: (651) 227-2534
Facsimile: (651) 297-6226