**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2004, I caused the following documents:

- **Consolidated Notice of Appeal of Chief Magistrate Judge Jonathan Lebedoff's Order dated 6/29/04 Pursuant to Fed.R.Civ.P. 72(a) and Local Rule 72.1(b)(2); and**

- **Defendants' Consolidated Memorandum of Law in Support of Their Respective Appeals From Chief Magistrate Judge Jonathan Lebedoff's Order dated 6/29/04 Pursuant to Fed.R.Civ.P. 72(a) and Local Rule 72.1(b)(2)**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Thomas J. Lyons, Jr., Esq. - mailto:tommycjc@aol.com**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**None.**

Dated this 2nd day of July, 2004.

**JOHNSON • PROVO-PETERSEN, LLP**

By: s/KC Ahrens
Gregory J. Johnson, Attorney Bar No. 202678
Klay C. Ahrens, Attorney Bar No. 236913
Attorneys for Defendants
332 Minnesota Street, Suite West 975
St. Paul, MN 55101
Telephone: (651) 227-2534
Facsimile: (651) 297-6226