# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| BRIAN LIESKE, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | U.S. CHIEF U.S. JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 00-2658 (JNE/JGL) |
| | ) | Date: 7/12/04 |
| MORRIE'S BROOKLYN PARK DAEWOO | ) | Court Reporter: N/A |
| et al., | ) | Time Commenced: 1:45 PM |
| | ) | Time Concluded: 2:45 P.M. |
| Defendants. | ) | Time in Court: 1 Hours & Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Tom Lyons, Jr.

Defendant: Greg Johnson

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge