UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Lieske,

Plaintiff,

v.

Civ. No. 00-2658 (JNE/JGL)
ORDER

Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center; and Todd Perry, individually,

Defendants.

This case is before the Court on Morrie's Brooklyn Park Daewoo's appeal from an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on June 29, 2004. Having reviewed the record, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. Morrie's Brooklyn Park Daewoo's appeal [Docket No. 77] is DENIED.

2. The Magistrate Judge's June 29, 2004, Order [Docket No. 75] is AFFIRMED.

Dated: August 9, 2004

S/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge