**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brian Lieske,

Plaintiff,

vs.

Morrie's Brooklyn Park Daewoo,
d/b/a Morrie's Brooklyn Park Used Car
& Truck Center, and Todd Perry,
individually,

Defendants.

Court File No.: C0-2658 JNE/JFL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsel that any and all claims of the plaintiff in the above-entitled matter may be and hereby are dismissed with prejudice on the merits and without costs, disbursements or attorney's fees to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: August 4, 2004.

**CONSUMER JUSTICE CENTER, P.A.**

s/ Thomas J. Lyons, Jr.
Mr. Thomas J. Lyons, Jr.(#0249646)
342 East County Road D
Little Canada, MN 55117
(651)770-9707
Attorneys for Plaintiff

Dated: August 5, 2004.

**JOHNSON PROVO-PETERSEN, L.L.P.**

s/ Gregory J. Johnson
Gregory J. Johnson (#202678)
332 Minnesota Street
First National Bank Building
Suite West 975
St. Paul, Minnesota 55101
(651) 227-2534
Attorneys for Defendants