**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brian Lieske, Court File No.: 00-2658 JNE/JFL

Plaintiff,

vs. **ORDER FOR JUDGMENT**

Morrie's Brooklyn Park Daewoo,
d/b/a Morrie's Brooklyn Park Used Car
& Truck Center, and Todd Perry,
individually,

Defendants.

---

Based upon the Stipulation of Dismissal filed with the Court in the above-captioned matter (Docket Entry No. 82), IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing all claims with prejudice and on the merits but without costs, disbursements or attorney's fees to any party.

Dated this 24th day of August, 2004.

**BY THE COURT:**

s/ Joan N. Ericksen
Joan N. Ericksen
Judge of U.S. District Court