✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Brian Lieske

V.

Morrie's Brooklyn Park Daewoo, d/b/a Morrie's Brooklyn Park Used Car & Truck Center, and Todd Perry, individually

## JUDGMENT IN A CIVIL CASE

Case Number: 00-CV-2658 (JNE/JGL)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Clerk of this Court shall forthwith enter judgment dismissing all claims with prejudice and on the merits but without costs, disbursements or attorney's fees to any party.

August 24, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk